**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-7692**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM SHORTER, JR.,

Defendant - Appellant.

───────────

**No. 01-8041**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM SHORTER, JR.,

Defendant - Appellant.

───────────

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria. James C. Cacheris, Senior
District Judge. (CR-98-192-A)

───────────

Submitted: January 31, 2002        Decided: February 8, 2002

───────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Shorter, Jr., Appellant Pro Se. Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Shorter, Jr. appeals from the district court's orders denying his motions for sealed records and transcripts. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Shorter, No. CR-98-192-A (E.D. Va. Aug. 27, 2001; filed Oct. 11, 2001 & entered Oct. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED